# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JASON JARRELL SPIKES

NO. 2021 KW 0255

**APRIL 22, 2021**

---

In Re:     Jason Jarrell Spikes, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 16-CR6-129868.

---

**BEFORE:     WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT DENIED.**

> **VGW**
> **JEW**
> **WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT